UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA M. AIELLO,<br><br>  Plaintiff,<br><br>  v.<br><br>RENT RECOVERY SOLUTIONS, LLC; MANCO ABBOT, INC doing business as THE EMERSON,<br><br>  Defendants. | Case No.  1:23-cv-01542-NODJ-EPG<br><br>ORDER GRANTING STIPULATION TO CONSOLIDATE CASES<br><br>(ECF No. 18) |
| MEGAN A. JOHNSTON,<br><br>  Plaintiff,<br><br>  v.<br><br>RENT RECOVERY SOLUTIONS, LLC; MANCO ABBOT, INC doing business as THE EMERSON,<br><br>  Defendant. | Case No.  1:23-cv-01544-NODJ-EPG |

On February 15, 2024, the parties in *Francesca M. Aiello v. Rent Recovery Solutions, LLC, et al*, Case No. 1:23-cv-01542-NODJ-EPG ("*Aiello*") filed a stipulation requesting to consolidate *Aiello* and *Megan A. Johnston v. Rent Recovery Solutions, LLC, et al.,* Case No. 1:23-cv-01544-NODJ-EPG (*"Johnston"*).  (ECF No. 18).

1

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." In exercising its discretion, the court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).

Here, the Court finds that the above-captioned actions involve the same parties, claims, and questions of fact or law, and that consolidation will avoid unnecessary costs and duplication of proceedings. Thus, good cause exists to grant the parties' stipulation and consolidate these cases.

Accordingly, IT IS HEREBY ORDERED that the parties' stipulation (ECF No. 18) is granted as follows:

1. The above-referenced cases shall be consolidated for all purposes, including trial, pursuant to Rule 42(a);
2. The Clerk of the Court is directed to file this order in each of the above-referenced cases;
3. Going forward, the parties and the Clerk of the Court are directed to file documents under only the lead case number. Future captions should indicate the lead case number followed by the member case number as follows:

**Lead Case:**     1:23-cv-01542-NODJ-EPG

**Member Case:**     1:23-cv-01544-NODJ-EPG

IT IS SO ORDERED.

Dated:  **February 20, 2024**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2