

United States District Court
Eastern District of California

**FILED**

AUG 0 7 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____FMN_____
DEPUTY CLERK

| FRANCESCA M. AIELLO, |
|---|

Plaintiff(s)

Case Number: | 1:23-cv-01542-KES-EPG |

V.

| RENT RECOVERY SOLUTIONS, LLC, |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jonathan K. Aust _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant, Rent Recovery Solutions, LLC

On _____12/13/2010_____ (date), I was admitted to practice and presently in good standing in the _____Georgia_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____08/05/2024_____   Signature of Applicant: /s/ Jonathan K. Aust

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jonathan K. Aust |
| Law Firm Name: | Bedard Law Group, P.C. |
| Address: | 4855 River Green Pkwy. |
| | #310 |
| City: | Dulluth       State: GA     Zip: 30096 |
| Phone Number w/Area Code: | (678) 253-1871 |
| City and State of Residence: | Duluth, Georgia |
| Primary E-mail Address: | jaust@bedardlawgroup.com |
| Secondary E-mail Address: | jonathan.k.aust@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | David J. Kaminski |
| Law Firm Name: | Carlson & Messer LLP |
| Address: | 5901 West Century Blvd. |
| | Suite 1200 |
| City: | Los Angeles     State: CA     Zip: 90045 |
| Phone Number w/Area Code: | (310) 242-2204     Bar # 128509 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 8/7/24

E. P. _____
JUDGE, U.S. DISTRICT COURT



# Supreme Court
# State of Georgia

NATHAN DEAL JUDICIAL CENTER

Atlanta 30334

August 2, 2024

I hereby certify that Jonathan Kyle Aust, Esq., was admitted on the 13th day of December, 2010, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



, Clerk