UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA M. AIELLO,<br><br>    Plaintiff,<br><br>    v.<br><br>RENT RECOVERY SOLUTIONS, LLC and MANCO ABBOTT, INC., doing business as, THE EMERSON,<br><br>    Defendants. | Case No.   1:23-cv-01542-KES-EPG<br><br>ORDER DIRECTING DEFENDANT RENT RECOVERY SOLUTIONS, LLC TO SUBMIT FILING REGARDING STIPULATION OF DISMISSAL<br><br>(ECF No. 26) |
| MEGAN A. JOHNSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>RENT RECOVERY SOLUTIONS, LLC and MANCO ABBOTT, INC., doing business as, THE EMERSON,<br><br>    Defendants. | Case No.   1:23-cv-01544-KES-EPG |

    On August 20, 2024, Plaintiffs Francesca M. Aiello and Megan A. Johnston filed a stipulation of dismissal with prejudice of the claims against Defendant Manco Abbott, Inc. under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). However, because Rule 41(a)(1)(A)(ii) requires a stipulation of dismissal to be "signed by all parties who have appeared," and only Plaintiffs and Defendant Manco Abbott, Inc. have signed the stipulation, the Court will require the remaining

1

defendant who has appeared, Rent Recovery Solutions, LLC, to submit a filing approving or opposing the stipulation of dismissal. *See Thacker v. AT&T Corp.*, No. 2:20-CV-00255-KJM-CKD PS, 2021 WL 1784873, at *1 (E.D. Cal. May 5, 2021), *report and recommendation adopted*, 2021 WL 4168533 (E.D. Cal. Sept. 14, 2021) (noting that court was "unaware of any case waiving the requirement that the stipulation . . . must be made by all parties who have appeared" and that "[t]he requirement to obtain all parties' consent to voluntarily dismiss (without a court order) is intended to ensure that a voluntary dismissal of a party at later stages of the litigation does not cause plain legal prejudice to the party to be dismissed or to the remaining defendant(s)").

Accordingly, **IT IS ORDERED** as follows:

1. By no later than August 29, 2024, Defendant Rent Recovery Solutions, LLC shall file a signed document reflecting their approval of the stipulation of dismissal (ECF No. 26) or file a response opposing the stipulation of dismissal.
2. Alternatively, by no later than August 29, 2024, the parties may file a stipulation of dismissal signed by *all* parties who have appeared in this action in compliance with Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:   **August 21, 2024**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2