UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA M. AIELLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RENT RECOVERY SOLUTIONS, LLC and MANCO ABBOTT, INC., doing business as, THE EMERSON,<br><br>　　　　Defendants. | Case No.  1:23-cv-01542-KES-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AS TO PLAINITFFS' CLAIMS AGAINST DEFENDANT MANCO ABBOTT, INC.<br><br>(ECF No. 28). |
| MEGAN A. JOHNSTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RENT RECOVERY SOLUTIONS, LLC and MANCO ABBOTT, INC., doing business as, THE EMERSON,<br><br>　　　　Defendants. | Case No.   1:23-cv-01544-KES-EPG |

　　　　On August 22, 2024, Plaintiffs Francesca M. Aiello and Megan A. Johnston ("Plaintiffs") filed a stipulation for dismissal of Plaintiffs' claims against Defendant Manco Abbott, Inc. (ECF No. 28). In light of the stipulation, Plaintiffs' claims against Defendant Manco Abbott, Inc. have been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and have been dismissed with prejudice, with

both parties to bear their own attorney's fees and costs. Accordingly, the Clerk of Court is directed to remove Defendant Manco Abbott, Inc. as a defendant in this action on the docket.

IT IS SO ORDERED.

Dated: __August 23, 2024__                    /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE

2