UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA M. AIELLO,<br><br>    Plaintiff,<br><br>    v.<br><br>RENT RECOVERY SOLUTIONS, LLC and MANCO ABBOTT, INC., doing business as, THE EMERSON,<br><br>    Defendants. | Case No. 1:23-cv-01542-KES-EPG<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERS<br><br>(ECF No. 55). |
| MEGAN A. JOHNSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>RENT RECOVERY SOLUTIONS, LLC and MANCO ABBOTT, INC., doing business as, THE EMERSON,<br><br>    Defendants. | Case No. 1:23-cv-01544-KES-EPG |

On July 25, 2025, Plaintiffs Francesca M. Aiello and Megan A. Johnston ("Plaintiffs") and Defendant Rent Recovery Solutions, LLC ("Defendant") reached a settlement in this action. (ECF No. 53). The parties requested 45 days to consummate the settlement and requested the Court stay all proceedings and vacate any pending deadlines. (ECF No. 53). In light of the

1

settlement between the parties, on July 28, 2025, the Court vacated all deadlines and hearings that were currently pending before the Court, including the September 2, 2025 settlement conference, and ordered the parties to file the appropriate dispositional documents no later than September 11, 2025. (ECF No. 54).

On September 11, 2025, Plaintiffs filed a Motion for the Extension of Time to File Dismissal Papers because the parties are still in the process of finalizing the settlement and require additional time (ECF No. 55). Counsel for Plaintiffs conferred with Defendant's counsel and Defendant does not object. (ECF No. 55).

Upon review, the Court will grant the Plaintiff's Motion for Extension of Time to File Dismissal Papers and hereby ORDERS that the appropriate dispositional documents be filed no later than October 14, 2025.

IT IS SO ORDERED.

Dated:  **September 12, 2025**            /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

2