UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA M. AIELLO,<br><br>        Plaintiff,<br><br>    v.<br><br>RENT RECOVERY SOLUTIONS, LLC and MANCO ABBOTT, INC., doing business as, THE EMERSON,<br><br>        Defendants. | Case No.  1:23-cv-01542-KES-EPG<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |
| MEGAN A. JOHNSTON,<br><br>        Plaintiff,<br><br>    v.<br><br>RENT RECOVERY SOLUTIONS, LLC and MANCO ABBOTT, INC., doing business as, THE EMERSON,<br><br>        Defendants. | |

On November 25, 2025, Plaintiffs Francesca M. Aiello and Megan A. Johnston ("Plaintiffs") and Defendant Rent Recovery Solutions, LLC ("Defendant") filed a joint stipulation to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (ECF No. 59). The stipulation also provides that each party is to bear its' own attorney fees and costs.  (*Id.*).

1    Accordingly, the stipulation for dismissal is GRANTED. This action has been terminated
2 with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and each party shall bear their own costs
3 and fees.

4    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **December 1, 2025**            /s/ *Erica P. Grosjean*
                                                                  UNITED STATES MAGISTRATE JUDGE

2